U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 3:23-cr-152

USA v. Marcus Brian Rexrode

Length of trial:

Financial Status:  Fee Paid? ☐ Yes ☑ No
If **NO**, has IFP been granted? ☑ Yes ☐ No
Is there a pending motion for IFP? ☐ Yes ☑ No

Are there any other pending post-judgment motions? ☐ Yes ☑ No

Please identify the court reporter: ☐ No hearings held

Name: Kelly Kroke

Address: 655 1st Avenue North, Fargo ND 58102

Telephone Number: 701-297-7000

Criminal cases only:
Is the defendant incarcerated? ☑ Yes (include address below)  No ☐

Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Marcus Brian Rexrode
022-509
Becker County Jail
PO Box 702
Detroit Lakes, MN 56502