UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS BRIAN REXRODE,<br><br>Defendant. | Cr. 3:23-cr-152<br><br>**MOTION TO WITHDRAW** |

Assistant Federal Public Defender Anne M. Carter moves the Court for an Order permitting the Office of the Federal Public Defender, District of North Dakota, to withdraw as counsel for defendant, Marcus Brian Rexrode. This motion is based on the following grounds:

By the Chief Judge's Amended Standing Order entered on December 6, 2023, the Office of the Federal Public Defender was appointed to represent all individuals who may be eligible to seek a reduced or modified sentence based upon Amendment 821 to the United States Sentencing Guidelines. *See In re: Providing Counsel for Persons Potentially Eligible for Relief under Amendment 821 to the United States Sentencing Guidelines* (Dec. 6, 2023).

On June 14, 2024, Mr. Rexrode filed a motion to the Court. Doc. 36. The motion does not appear to seek relief under Amendment 821, or any relief related to criminal history points. Instead, Mr. Rexrode refers to amendments related to acquitted conduct, which will not become effective until November 1, 2024. *Id.*

Because Mr. Rexrode's motion does not request a sentence reduction under Amendment 821, his motion does not fall under the Standing Order, and the undersigned asks that the Office of the Federal Public Defender for the District of South Dakota and North Dakota be permitted to withdraw as counsel for Defendant in this matter.

Dated this 20th day of June, 2024.

                                          Respectfully submitted,

                                        JASON J. TUPMAN
                                        Federal Public Defender
                                        By:

                                        */s/   Anne M. Carter*
                                        Anne M. Carter
                                        Assistant Federal Public Defender
                                        Attorney for Defendant
                                        Office of the Federal Public Defender
                                        Districts of South Dakota and North Dakota
                                        112 Roberts Street North, Suite 200
                                        Fargo, ND 58102
                                        Telephone: 701-239-5111
                                        Facsimile:  701-239-5098
                                        filinguser_SDND@fd.org